# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM LINARES CANCHOLA,** | NO. ED CV 13-00259-VBF-SP |
| Petitioner, | |
| v. | JUDGMENT |
| M. BITER (WARDEN), | |
| Respondent. | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of the respondent and against the petitioner.

DATED:   July 2, 2014

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE